

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00395-CV

Matthew **PERDUE** and Team 1 Consulting, LLC,
Appellants

v.

Jay D. **PFEIFER** and CCNBI, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07859
Honorable Renée Yanta, Judge Presiding

## O R D E R

On December 19, 2016, Jay D. Pfeifer and CCNBI, Inc., appellees, filed a brief in which they state that "[n]otices of appeal were timely filed by both Appellees on or about June 21, 2016." Appellees' Brief, p. 2. However, the clerk's record that has been filed in this appeal does not contain notices of appeal filed by Pfeifer or CCNBI, Inc. The only notices of appeal contained in the clerk's record are those filed by the appellants on June 21, 2016.

If Pfeifer and CCNBI, Inc. did in fact timely file notices of appeal, they must ensure that a supplemental clerk's record containing these notices of appeal is filed in this court no later than **January 13, 2017**. *See* TEX. R. APP. P. 34.5(c) (allowing supplementation of the clerk's record when a relevant item has been omitted). If a supplemental clerk's record containing Pfeifer and CCNBI, Inc.'s notices of appeal is not filed in this court by the deadline, the court will presume that Pfeifer and CCNBI, Inc. did not timely file notices of appeal.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court